UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MOTHARAM INC.                    CIVIL ACTION

VERSUS                           NO. 07-4499

SCOTTSDALE INSURANCE CO.         SECTION "R" (3)


## JURY INTERROGATORIES

I.  **BREACH OF INSURANCE CONTRACT**

1.  Do you find by a preponderance of the evidence that Motharam Inc. sustained wind and wind-driven rain damage to its property in excess of the amount that it has been paid under its policy with Scottsdale for such damage?

    ANSWER:  YES _____      NO ✓

    If you answered "NO" to questions 1, then skip the remaining questions, date and sign this form, and return to the courtroom. If you answered "YES," please proceed to question 2.

2.  Do you find by a preponderance of the evidence that Motharam Inc. knowingly and intentionally made a material misrepresentation with the intent to deceive and defraud Scottsdale in connection with its claim?

**ANSWER:   YES** _____       **NO** _____

If you answered "YES" to question 2, then skip the remaining questions, date and sign this form, and return to the courtroom. If you answered "NO" to question 2, please proceed to question 3.

3. What amount does Scottsdale owe Motharam Inc. for wind and wind-driven rain loss to its property?

   $_____

   Please proceed to question 4

## II. CLAIMS HANDLING - SECTION 22:658

4. Do you find by a preponderance of the evidence that Scottsdale arbitrarily, capriciously, or without probable cause failed to pay or offer in writing to settle Motharam Inc.'s claim within thirty day of receiving a satisfactory proof of loss?

   **ANSWER:   YES** _____       **NO** _____

   If you answered "YES" to question 4, please proceed to question 5. If you answered "NO" to question 4, then please proceed to question 6.

5. What amount of money do you find was not paid by Scottsdale within thirty days of receiving a satisfactory proof of loss?

$_____

**Please proceed to question 6.**

IV. **CLAIMS HANDLING - SECTION 22:1220**

6. Do you find by a preponderance of the evidence that Scottsdale arbitrarily, capriciously, or without probable cause failed to pay the amount due on Motharam Inc.'s claim within sixty days after it received satisfactory proof of loss?

   ANSWER: YES \_\_\_\_\_    NO \_\_\_\_\_

   **If you answered "YES" to question 6, please proceed to question 7. If you answered "NO" to question 6, then skip the remaining questions, date and sign this form, and return to the courtroom.**

7. Do you find by a preponderance of the evidence that Motharam Inc. suffered damages as a result of Scottsdale's failure to pay the amount due on Motharam's claim within sixty days after it received satisfactory proof of loss?

   ANSWER: YES \_\_\_\_\_    NO \_\_\_\_\_

3

>If you answered "YES" to question 7, please proceed to question 8. If you answered "NO" to question 7, then please proceed to question 9.

8. What amount of damages do you find Motharam Inc. suffered as a result of Scottsdale's failure to pay the amount due on Motharam's claim within sixty days after it received satisfactory proof of loss?

    **Damages:**          $_____

**Please proceed to question 9.**

9. What is the amount of penalty, if any, you award to Motharam Inc. for Scottsdale's failure to pay the amount due on Motharam's claim within sixty days after it received satisfactory proof of loss? (This amount may be up to two times the amount of damages determined in question 8, or $5,000, whichever is greater.)

    **Penalty:**          $_____

**Please sign and date the verdict form and return to the courtroom.**

New Orleans, Louisiana, this 24th day of June, 2009.

_____
FOREPERSON