UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MOTHARAM, INC. | CIVIL ACTION |
| VERSUS | NO. 07-4499 |
| SCOTTSDALE INSURANCE CO. | SECTION:"R" |

### JUDGMENT

Considering the verdict of jury on file herein;

**IT IS ORDERED** that judgment is hereby entered in favor of the defendant Scottsdale Insurance Co. and against plaintiff Motharam, Inc. dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this __2nd__ day of July, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE