UNITED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Motharam, Inc. | * CIVIL ACTION NO. 07-4499 |
| v. | * SECTION "R" |
| Scottsdale Insurance Company and Fidelity National Property & Casualty Insurance Company d/b/a Fidelity National Flood, Inc. | * MAGISTRATE (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED that plaintiff be and is hereby granted the right to appeal this Honorable Court's Judgment based on jury verdict dismissing plaintiff's claims with prejudice.

New Orleans, Louisiana, this _____ day of July, 2009.

_____
JUDGE