UNITED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Motharam, Inc. | * | CIVIL ACTION NO. 07-4499 |
| v. | * | SECTION "R" |
| Scottsdale Insurance Company and Fidelity National Property & Casualty Insurance Company d/b/a Fidelity National Flood, Inc. | * | MAGISTRATE (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDED NOTICE OF APPEAL

NOW INTO COURT comes plaintiff, Motharam, Inc. ("Motharam"), who hereby gives notice, pursuant to Rule 4 of the Federal Rules of Appellate Procedure, that he intends to appeal the September 24, 2009, Order denying plaintiff's Motion to Reconsider Order Denying Plaintiff's Motion for Judgment as a Matter of Law or, Alternatively, New Trial together with the Order Denying Plaintiff's Motion for Judgment as a Matter of Law or, Alternatively, New Trial in connection with the Judgment based on jury verdict signed by the Honorable Sarah S. Vance on July 2, 2009, in favor of defendant, Scottsdale Insurance Company, and dismissing plaintiff's claims with prejudice.

The original Notice of Appeal concerning the Judgment based on jury verdict signed by the Honorable Sarah S. Vance on July 2, 2009, has been docketed and an application for appeal will be submitted to the Fifth Circuit Court of Appeals, New Orleans, Louisiana, Docket No. 09-30605.

Respectfully submitted,

THE LAW OFFICE OF
DAVID W. BERNBERG, L.L.C.


/s/ Henna Ghafoor

**DAVID W. BERNBERG #14079**
**HENNA GHAFOOR #29582**
Whitney National Bank Building
Suite 501
228 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 581-7050
Facsimile: (504) 581-7057
E-mail: dbernberg@yahoo.com
   hghaf@aol.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 24th day of September 2009, the forgoing pleading was electronically filed using the electronic filing system of the United States District Court for the Eastern District of Louisiana, thereby giving notice to Judge Sarah S. Vance and to all counsel of record, herein, of plaintiff's intent to appeal.


/s/ Henna Ghafoor

DAVID W. BERNBERG, ESQ.
HENNA GHAFOOR, ESQ.